IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR344 |
| CHRIS DUKICH, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

IT IS ORDERED that the following are set for hearing on **December 20, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress Statements Obtained from 8-30-05 to 9-1-05  [16]
- **Motion to Suppress Evidence Obtained on 8-30-05 from 1989 Toyota Celica [18]**
- Motion to Suppress Evidence Obtained on 8-30-05 at 5103 S. 48th Ave. [20]

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge