IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR344 |
| | ) | |
| CHRIS DUKICH, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion to Withdraw Motions to Suppress [29]. The motion is granted and the Motion to Suppress Statements Obtained from 8-30-05 to 9-1-05 [16], Motion to Suppress Evidence Obtained on 8-30-05 from 1989 Toyota Celica [18], and Motion to Suppress Evidence Obtained on 8-30-05 at 5103 S. 48th Ave. [20] are deemed withdrawn. The evidentiary hearing previously scheduled for December 20, 2005 is hereby cancelled.

    IT IS SO ORDERED.

    DATED this 13th day of December, 2005.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  United States Magistrate Judge