IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR344** |
| vs. ) | |
| ) | **ORDER** |
| **CHRIS DUKICH,** ) | |
| ) | |
| **Defendant.** ) | |

Defendant has filed a motion (#35) to continue trial, now set for January 3, 2006. Notwithstanding the defendant's waiver of speedy trial, the current trial setting allows adequate time for the parties to conduct plea negotiations. The court's calendar cannot accommodate the defendant's request.

**IT IS ORDERED** that defendant's motion to continue trial (#18) is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. *See* NECrimR 57.2(d).

**DATED December 21, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**