IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:05CR344 |
| CHRIS DUKICH, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    Pretrial Services has provided the Court with an evaluation which suggests the defendant participate in a residential treatment program. Pretrial Services is directed to have the defendant screened for possible placement.

    IT IS SO ORDERED.

    DATED this 29th day of December, 2005.

                                 BY THE COURT:

                                 s/ F.A. Gossett
                                 United States Magistrate Judge